JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THROOP, LLC<br><br>        Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, et al.<br><br>        Defendants. | Case No. 2:19-CV-10604-AB-MRW<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 9, 2020     _____
                                                    ANDRÉ BIROTTE JR.
                                                    UNITED STATES DISTRICT JUDGE

1.